**FILED**
July 29, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ROSS CHRISTOPHER SULLIVAN, ) <br> ) <br> Defendant. ) | Case No. 2:14-CR-00197-TLN <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ROSS CHRISTOPHER SULLIVAN</u>, Case No. <u>2:14-CR-00197-TLN</u>, Charge <u>Title 21 USC §§ 841 (a)(1)</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    ✔   Bail Posted in the Sum of $ <u>50.000 (co-signed)</u>

        ✔   Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

    ✔   (Other)   <u>With pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>July 29, 2014</u> at _<u>2:30</u>_ pm.

By  <u>Dale A. Drozd</u>
Dale A. Drozd
United States Magistrate Judge