```
CLYDE M. BLACKMON (SBN 36280)
Rothschild Wishek & Sands LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
cblackmon@rwslaw.com


Attorneys for Defendant
ROSS SULLIVAN
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br>ROSS SULLIVAN,<br><br>    Defendant. | Case No.: 2:14-CR-00197 TLN<br><br>WAIVER OF PERSONAL APPEARANCE; **ORDER** |
|---|---|

    Defendant hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when time is excluded under the Speedy Trial Act, when a detention hearing is held, and when any other action is taken by the Court before or after trial, except upon arraignment, plea, empanelment of jury and imposition of sentence.  Defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all time by the presence of his attorney, the same as if

defendant were personally present; and further agrees to be present in person in court ready for trial on any day which the Court may fix in his absence.

DATED: August 27, 2014        /s/_____
                              ROSS SULLIVAN

APPROVED:

  /s/_____
CLYDE M. BLACKMON
Attorney for Defendant
ROSS SULLIVAN

IT IS SO ORDERED.

Dated: September 9, 2014

_____
Troy L. Nunley
United States District Judge

- 2 -

WAIVER OF PERSONAL APPEARANCE