CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant,
ROSS CHRISTOPHER SULLIVAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br>ROSS CHRISTOPHER SULLIVAN,<br><br>            Defendant. | Case No.: 2:14-CR-00197 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date: September 18, 2014<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

The United States of America, through its counsel Assistant U. S. Attorney Josh F. Sigal, and Ross Christopher Sullivan, through his counsel Clyde M. Blackmon, stipulate that the status conference now scheduled for 9:30 a.m. on September 18, 2014, shall be continued to 9:30 a.m. on November 13, 2014.

A continuance of the currently set status conference is necessary to provide the defense with more time in which to review discovery and investigate various aspects of the case.

The parties further stipulate that the time from the currently set status conference on September 18, 2014, through November 13, 2014, the requested date for the continued status conference, should be excluded from computation of the time

- 1 -

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

1 period in which trial should commence under the Speedy Trial
2 Act.  The parties stipulate that, taking into account the
3 exercise of due diligence, the ends of justice would be served
4 by the Court excluding that time period from computation due to
5 the need for defense counsel to have reasonable time for
6 effective preparation.  18 U.S.C. §3161(h)(7)(B)(iv).
7       For these reasons, Mr. Sullivan, his counsel and the
8 government stipulate and agree that the ends of justice served
9 by granting the requested continuance of the status conference
10 outweigh the best interests of the public and Mr. Sullivan in a
11 speedy trial.

DATED:   September 15, 2014       By: //s// Clyde M. Blackmon for
                                       Josh F. Sigal,
                                       Assistant U.S. Attorney


                                  ROTHSCHILD WISHEK & SANDS LLP
DATED:   September 15, 2014       By:  //s// Clyde M. Blackmon
                                       CLYDE M. BLACKMON
                                       Attorneys for Defendant
                                       Ross Christopher Sullivan

- 2 -

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

1 **ORDER**

2    IT IS ORDERED that the status conference currently set for
3 September 18, 2014, at 9:30 a.m. is continued to November 13,
4 2014, at 9:30 a.m.  For the reasons stipulated by the parties,
5 good cause exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and
6 time is excluded under the Speedy Trial Act through November 13,
7 2014.  For the reason set for in the stipulation of the parties,
8 the ends of justice served by granting this continuance outweigh
9 the best interests of the public and Mr. Sullivan in a speedy
10 trial.  18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

Dated: September 15, 2014

_____
Troy L. Nunley
United States District Judge