```
CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant,
ROSS CHRISTOPHER SULLIVAN
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   vs.<br><br>ROSS CHRISTOPHER SULLIVAN,<br><br>       Defendant. | Case No.: 2:14-CR-00197 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date: November 13, 2014<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

The United States of America, through its counsel Assistant U. S. Attorney Josh F. Sigal, and Ross Christopher Sullivan, through his counsel Clyde M. Blackmon, stipulate that the status conference now scheduled for 9:30 a.m. on November 13, 2014, shall be continued to 9:30 a.m. on January 8, 2015.

A continuance of the currently set status conference is necessary to provide the defense with more time in which to review discovery and investigate various aspects of the case.

The parties further stipulate that the time from the currently set status conference on November 13, 2014, through January 8, 2015, the requested date for the continued status conference, should be excluded from computation of the time

1 period in which trial should commence under the Speedy Trial
2 Act.  The parties stipulate that, taking into account the
3 exercise of due diligence, the ends of justice would be served
4 by the Court excluding that time period from computation due to
5 the need for defense counsel to have reasonable time for
6 effective preparation.  18 U.S.C. §3161(h)(7)(B)(iv); Local Code
7 T4.
8      For these reasons, Mr. Sullivan, his counsel and the
9 government stipulate and agree that the ends of justice served
10 by granting the requested continuance of the status conference
11 outweigh the best interests of the public and Mr. Sullivan in a
12 speedy trial.
13 DATED:   November 12, 2014       By: //s// Clyde M. Blackmon for
14                                      Josh F. Sigal,
                                         Assistant U.S. Attorney
15
                                    ROTHSCHILD WISHEK & SANDS LLP
16
   DATED:   November 12, 2014       By:  _//s// Clyde M. Blackmon___
17                                       CLYDE M. BLACKMON
                                         Attorneys for Defendant
18                                       Ross Christopher Sullivan
19
20
21
22
23
24
25
26
27
28

**ORDER**

IT IS ORDERED that the status conference currently set for November 13, 2014, at 9:30 a.m. is continued to January 8, 2015, at 9:30 a.m.  For the reasons stipulated by the parties, good cause exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and time is excluded under the Speedy Trial Act through January 8, 2015. For the reason set for in the stipulation of the parties, the ends of justice served by granting this continuance outweigh the best interests of the public and Mr. Sullivan in a speedy trial. 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

Dated: November 12, 2014

_____
Troy L. Nunley
United States District Judge