CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant,
ROSS CHRISTOPHER SULLIVAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     vs.<br><br>ROSS CHRISTOPHER SULLIVAN,<br><br>         Defendant. | Case No.: 2:14-CR-00197 TLN<br><br>STIPULATION AND ORDER VACATING STATUS CONFERENCE AND SETTING BRIEFING SCHEDULE FOR MOTION TO SUPPRESS EVIDENCE<br><br>Date: January 8, 2015<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |
|---|---|

The United States of America, through its counsel Josh F. Sigal, and Ross Christopher Sullivan, through his counsel Clyde M. Blackmon, stipulate that the status conference scheduled for 9:30 a.m. on January 8, 2015 may be vacated and a briefing schedule set for a motion to suppress evidence.

Counsel for Mr. Sullivan has determined that there is an issue in this case regarding the seizure of evidence from Mr. Sullivan's residence by government agents acting pursuant to a search warrant.  Therefore, the parties agree to the following schedule for briefing the suppression motion and a hearing on the motion.

/////

```
January 29, 2015          Defendant's Motion to be Filed

February 19, 2015         Government's Opposition to Motion
                          to be Filed

March 5, 2015             Defendant's Reply to Opposition to
                          be Filed

March 26, 2015            Hearing on Motion 9:30 a.m.
```

The parties stipulate, pursuant 18 U.S.C. § 3161(h)(1)(D), that the time from the filing of the motion to suppress evidence on January 29, 2015, through the conclusion of the hearing on the motion should be excluded from the computation of the time period in which trial should commence under the Speedy Trial Act.

It is further stipulated, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, that the time from the currently set status conference on January 8, 2015, through March 26, 2015, the date of the hearing on the suppression motion, should also be excluded from the computation of the time in which trial should commence under the Speedy Trial Act.  The parties stipulate that, taking into account the exercise of due diligence, the ends of justice would be served by the Court excluding that time period due to the need for defense counsel to have reasonable time for effective preparation.  The parties agree that the ends of justice served by vacating the currently set status conference, setting a briefing schedule for a motion to suppress evidence and setting a hearing on the motion outweigh the best interests of the public and Mr. Sullivan in a speedy trial.

IT IS SO STIPULATED.

```
 1
 2   DATED:   January 8, 2015         By: //s// Clyde M. Blackmon for
                                              Josh F. Sigal,
 3                                            Assistant U.S. Attorney

 4                                    ROTHSCHILD WISHEK & SANDS LLP

 5   DATED:   January 8, 2015         By: _//s// Clyde M. Blackmon___
                                              CLYDE M. BLACKMON
 6                                            Attorneys for Defendant
                                              Ross Christopher Sullivan
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered that the status conference currently set for January 8, 2015, is vacated and the following schedule is set for the filing and briefing of a defense motion to suppress evidence.

| | |
|---|---|
| January 29, 2015 | Defendant's Motion to be Filed |
| February 19, 2015 | Government's Opposition to Motion to be Filed |
| March 5, 2015 | Defendant's Reply to Opposition to be Filed |
| March 26, 2015 | Hearing on Motion 9:30 a.m. |

For the reasons stipulated to by the parties, good cause exists under to 18 U.S.C. § 3161(h)(1)(D) and time is excluded under the Speedy Trial Act from the time defendant's motion to suppress evidence is filed on January 29, 2015, through the conclusion of the hearing on the motion.

Under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, good cause also exists based on the stipulation of the parties, and time is excluded under the Speedy Trial Act from January 8, 2014, through March 26, 2015.  For the reasons set forth in the stipulation of the parties, the ends of justice served by vacating the status conference set for January 8, 2014, setting a briefing schedule and setting a hearing on defendant's motion to suppress evidence outweigh the best interests of the public and Mr. Sullivan.

Dated: January 6, 2015

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER VACATING STATUS CONFERENCE AND SETTING BRIEFING
SCHEDULE FOR MOTION TO SUPPRESS EVIDENCE