1   CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD WISHEK & SANDS LLP
2   765 University Avenue
    Sacramento, CA  95825
3   Telephone: (916) 444-9845
    E-Mail: cblackmon@rwslaw.com
4
    Attorneys for Defendant,
5   ROSS CHRISTOPHER SULLIVAN

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9

| 10 | UNITED STATES OF AMERICA, | Case No.: 2:14-CR-00197 TLN |
|---|---|---|
| 11 | Plaintiff, | STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE |
| 12 | vs. | AND SETTING NEW HEARING DATE FOR MOTION TO SUPPRESS |
| 13 | ROSS CHRISTOPHER SULLIVAN, | EVIDENCE |
| 14 | Defendant. | Date: April 23, 2015 Time: 9:30 a.m. |
| 15 | | Judge: Troy L. Nunley |

16      The United States of American, through its counsel Josh F.

17  Sigal, and Ross Christopher Sullivan, through his counsel Clyde

18  M. Blackmon, stipulate that the briefing schedule for a defense

19  motion to suppress evidence may be amended as follows.

20      February 26, 2015      Defendant's Motion to be Filed

21      March 26, 2015         Government's Opposition to Motion

22                             to be Filed

23      April 9, 2015          Defendant's Reply to Opposition to

24                             be Filed

25      April 23, 2015         Hearing on Motion 9:30 a.m.

26      The parties are requesting amendment of the briefing

27  schedule because counsel for Mr. Sullivan requires more time to

28  prepare the motion to suppress evidence.

STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE AND SETTING NEW HEARING DATE
FOR MOTION TO SUPPRESS EVIDENCE

1    Time has already been excluded under the Speedy Trial Act

2  from January 8, 2015, the date of a previously scheduled status

3  conference, through March 26, 2015, the original date of the

4  hearing on the suppression motion.  The parties now stipulate

5  that under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 that

6  good cause exists to exclude time pursuant to the Speedy Trial

7  Act from March 26, 2015, through April 23, 2015, the requested

8  new date for the hearing on the motion.  The parties agree that,

9  taking into account the exercise of due diligence, the ends of

10 justice would be served by the Court excluding that time period

11 due to the need for defense counsel to have reasonable time for

12 effective preparation.  The ends of justice served by

13 establishing an amended briefing schedule and setting a new date

14 for the hearing on the suppression motion outweigh the best

15 interests of the public and Mr. Sullivan in a speedy trial.

16    The parties also stipulate, pursuant to 18 U.S.C. §

17 3161(h)(1)(D), that the time from the filing of the suppression

18 motion on February 26, 2015, through the conclusion of the

19 hearing on the motion should be excluded from the computation of

20 the time period in which trial should commence under the Speedy

21 Trial Act.

22    IT IS SO STIPULATED.

23 DATED:   January 27, 2015     By: //s// Clyde M. Blackmon for
                                       Josh F. Sigal,
24                                     Assistant U.S. Attorney

25

26                                   ROTHSCHILD WISHEK & SANDS LLP

27 DATED:   January 27, 2015     By: _//s// Clyde M. Blackmon___
                                       CLYDE M. BLACKMON
28                                     Attorneys for Defendant
                                       Ross Christopher Sullivan

STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE AND SETTING NEW HEARING DATE
FOR MOTION TO SUPPRESS EVIDENCE

1                              **ORDER**

2        GOOD CAUSE APPEARING upon the stipulation of the parties it

3   is ordered that the briefing schedule pertaining to the defense

4   motion to suppress evidence is amended as follows.

5        February 26, 2015        Defendant's Motion to be Filed

6        March 26, 2015           Government's Opposition to Motion

7                                 to be filed

8        April 9, 2015            Defendant's Reply to Opposition to

9                                 be Filed

10       April 23, 2015           Hearing on Motion 9:30 a.m.

11       For the reasons stipulated to by the parties good cause

12  exists under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 and

13  time is excluded pursuant to the Speedy Trial Act from March 26,

14  2015, to April 23, 2015.  For the reasons set forth in the

15  stipulation of the parties, the ends of justice served by

16  amending the briefing schedule and setting a new date for the

17  hearing on defendant's motion to suppress evidence outweighs the

18  best interests of the public and Mr. Sullivan.

19       Based on the stipulation of the parties good cause also

20  exists under 18 U.S.C. § 3161(h)(1)(D) and time is excluded

21  under the Speedy Trial Act from the time defendant's motion to

22  suppress evidence is filed on February 26, 2015, through the

23  conclusion of the hearing on the motion.

24  Dated: January 28, 2015

25

26  _____

27  Troy L. Nunley
    United States District Judge

28

STIPULATION AND ORDER AMENDING BRIEFING SCHEDULE AND SETTING NEW HEARING DATE
FOR MOTION TO SUPPRESS EVIDENCE