BENJAMIN B. WAGNER
United States Attorney
JOSH F. SIGAL
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:14-CR-197 TLN |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXTENSION OF TIME TO FILE RESPONSE; AND ORDER |
| v. | |
| ROSS CHRISTOPHER SULLIVAN, | |
| Defendant, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. On February 26, 2015, the defendant filed a Motion to Suppress Evidence.

2. By previous order, the government's response to the defendant's motion is due on March 26, 2015.

3. By this stipulation, the government requests additional time to file its response to the defendant's motion because the undersigned counsel for the government continues to be involved in a 4-week trial on another case since March 3, 2015.  In the trial, both sides presented closing arguments on Tuesday, March 24, 2015, and the jury continues to deliberate.

5. On March 24, 2015, the undersigned contacted counsel for the defendant, who has indicated that he has no objection to the government's request for additional time to respond to the

STIPULATION REGARDING EXTENSION OF TIME

1

defendant's motion. The parties suggest the following revised schedule for the defendant's motion to suppress:

    a. Government's response to defendant's motion: April 16, 2015

    b. Defendant's reply to government's response: May 7, 2015

    c. Non-evidentiary motions hearing: May 21, 2015, at 9:30 a.m.

6. Time has already been excluded under the Speedy Trial Act from January 8, 2015, the date of a previously scheduled status conference, through March 26, 2015, the original date of the hearing on the suppression motion. The parties now stipulate that under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 that good cause exists to exclude time pursuant to the Speedy Trial Act from March 26, 2015, through May 21, 2015, the requested new date for the hearing on the motion. The parties agree that, taking into account the exercise of due diligence, the ends of justice served by establishing an amended briefing schedule and setting a new date for the hearing on the suppression motion outweigh the best interests of the public and Mr. Sullivan in a speedy trial.

7. The parties also stipulate, pursuant to 18 U.S.C. § 3161(h)(1)(D), that the time from the filing of the suppression motion on February 26, 2015, through the conclusion of the hearing on the motion should be excluded from the computation of the time period in which trial should commence under the Speedy Trial Act.

///
///
///
///
///
///
///
///

STIPULATION REGARDING EXTENSION OF TIME    2

1  IT IS SO STIPULATED.

4  DATED:      March 25, 2015        /s/ *Josh Franklin Sigal*
                                     JOSH FRANKLIN SIGAL
5                                    Special Assistant United States Attorney

7  DATED:      March 25, 2015

9                                    /s/ *Josh Franklin Sigal* for
                                     CLYDE M. BLACKMON
10                                   Counsel for Defendant
                                     Ross Christopher Sullivan

**O R D E R**

IT IS SO FOUND AND ORDERED this 25th day of March, 2015.

_____
Troy L. Nunley
United States District Judge

STIPULATION REGARDING EXTENSION OF TIME          3