CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant,
ROSS CHRISTOPHER SULLIVAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>ROSS CHRISTOPHER SULLIVAN,<br><br>            Defendant. | Case No.: 2:14-CR-00197 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date: June 25, 2015<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |

The United States of America, through its counsel Assistant U. S. Attorney Josh F. Sigal, and Ross Christopher Sullivan, through his counsel Clyde M. Blackmon, stipulate that the status conference now scheduled for 9:30 a.m. on June 25, 2015, shall be continued to 9:30 a.m. on July 30, 20115.

A continuance of the currently set status conference is necessary to provide the parties with more time in which to discuss a proposed plea agreement submitted to the defense by the government.

The parties further stipulate that the time from the currently set status conference on June 25, 2015, through July

1  30, 2015, the requested date for the continued status
2  conference, should be excluded from computation of the time
3  period in which trial should commence under the Speedy Trial
4  Act.  The parties stipulate that, taking into account the
5  exercise of due diligence, the ends of justice would be served
6  by the Court excluding that time period from computation due to
7  the need for defense counsel to have reasonable time for
8  effective preparation.  18 U.S.C. §3161(h)(7)(B)(iv); Local Code
9  T4.
10       For these reasons, Mr. Sullivan, his counsel and the
11 government stipulate and agree that the ends of justice served
12 by granting the requested continuance of the status conference
13 outweigh the best interests of the public and Mr. Sullivan in a
14 speedy trial.

17 DATED:   June 22, 2015         By: //s// Clyde M. Blackmon for
                                        Josh F. Sigal,
18                                      Assistant U.S. Attorney

                                   ROTHSCHILD WISHEK & SANDS LLP
20 DATED:   June 22, 2015         By: _//s// Clyde M. Blackmon___
                                        CLYDE M. BLACKMON
21                                      Attorneys for Defendant
                                        Ross Christopher Sullivan

1 **ORDER**

2     IT IS ORDERED that the status conference currently set for
3 June 25, 2015, at 9:30 a.m. is continued to July 30, 2015, at
4 9:30 a.m.  For the reasons stipulated by the parties, good cause
5 exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and time is
6 excluded under the Speedy Trial Act through July 30, 2015.  For
7 the reason set for in the stipulation of the parties, the ends
8 of justice served by granting this continuance outweigh the best
9 interests of the public and Mr. Sullivan in a speedy trial.  18
10 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

Dated: June 22, 2015

_____
Troy L. Nunley
United States District Judge

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE