```
 1  CLYDE M. BLACKMON (SBN 36280)
    ROTHSCHILD WISHEK & SANDS LLP
 2  765 University Avenue
    Sacramento, CA  95825
 3  Telephone: (916) 444-9845
    E-Mail: cblackmon@rwslaw.com
 4
    Attorneys for Defendant,
 5  ROSS CHRISTOPHER SULLIVAN
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>ROSS CHRISTOPHER SULLIVAN,<br><br>            Defendant. | Case No.: 2:14-CR-00197 TLN<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date: July 30, 2015<br>Time: 9:30 a.m.<br>Judge: Troy L. Nunley |
|---|---|

The United States of America, through its counsel Special Assistant U. S. Attorney Josh F. Sigal, and Ross Christopher Sullivan, through his counsel Clyde M. Blackmon, stipulate that the status conference now scheduled for 9:30 a.m. on July 30, 2015, shall be continued to 9:30 a.m. on October 1, 2015.

A continuance of the currently set status conference is necessary to provide the parties with more time in which to discuss a proposed plea agreement submitted to the defense by the government.  The parties have met and discussed the proposed plea agreement; however, there are a number of issues that need to be worked out before the agreement can be put in final form.

1  Therefore, the parties are in agreement that additional time is
2  required in order to settle the case.
3       The parties further stipulate that the time from the
4  currently set status conference on July 30, 2015, through
5  October 1, 2015, the requested date for the continued status
6  conference, should be excluded from computation of the time
7  period in which trial should commence under the Speedy Trial
8  Act.  The parties stipulate that, taking into account the
9  exercise of due diligence, the ends of justice would be served
10 by the Court excluding that time period from computation due to
11 the need for defense counsel to have reasonable time for
12 effective preparation.  18 U.S.C. §3161(h)(7)(B)(iv); Local Code
13 T4.
14      For these reasons, Mr. Sullivan, his counsel and the
15 government stipulate and agree that the ends of justice served
16 by granting the requested continuance of the status conference
17 outweigh the best interests of the public and Mr. Sullivan in a
18 speedy trial.

DATED:  July 27, 2015          By: _//s// Clyde M. Blackmon for_
                                       Josh F. Sigal, Special
                                       Assistant U.S. Attorney

                               ROTHSCHILD WISHEK & SANDS LLP

DATED:  July 27, 2015          By: _//s// Clyde M. Blackmon___
                                       CLYDE M. BLACKMON
                                       Attorneys for Defendant
                                       Ross Christopher Sullivan

- 2 -

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

1  **ORDER**

2     IT IS ORDERED that the status conference currently set for
3  July 30, 2015, at 9:30 a.m. is continued to October 1, 2015, at
4  9:30 a.m.  For the reasons stipulated by the parties, good cause
5  exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and time is
6  excluded under the Speedy Trial Act through October 1, 2015.
7  For the reason set forth in the stipulation of the parties, the
8  ends of justice served by granting this continuance outweigh the
9  best interests of the public and Mr. Sullivan in a speedy trial.
10 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

Dated: July 28, 2015

_____
Troy L. Nunley
United States District Judge