1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   E-Mail: cblackmon@rwslaw.com
4
   Attorneys for Defendant,
5  ROSS CHRISTOPHER SULLIVAN

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              | Case No.: 2:14-CR-00197 TLN
   |                                        |
12 |             Plaintiff,                 | STIPULATION AND ORDER
   |                                        | CONTINUING STATUS CONFERENCE
13 |     vs.                                |
   |                                        | Date: October 1, 2015
14 |                                        | Time: 9:30 a.m.
   | ROSS CHRISTOPHER SULLIVAN,             | Judge: Troy L. Nunley
15 |                                        |
   |             Defendant.                 |
16

17

18      The United States of America, through its counsel Special

19 Assistant U. S. Attorney Josh F. Sigal, and Ross Christopher

20 Sullivan, through his counsel Clyde M. Blackmon, stipulate that

21 the status conference now scheduled for 9:30 a.m. on October 1,

22 2015, shall be continued to 9:30 a.m. on October 29, 2015.

23      A continuance of the currently set status conference is

24 necessary to provide the parties with more time in which to

25 discuss a proposed plea agreement submitted to the defense by

26 the government.  The parties have met and discussed the proposed

27 plea agreement; however, there are a number of issues that need

28 to be worked out before the agreement can be put in final form.

1  Therefore, the parties are in agreement that additional time is
2  required in order to settle the case.
3       The parties further stipulate that the time from the
4  currently set status conference on October 1, 2015, through
5  October 29, 2015, the requested date for the continued status
6  conference, should be excluded from computation of the time
7  period in which trial should commence under the Speedy Trial
8  Act.  The parties stipulate that, taking into account the
9  exercise of due diligence, the ends of justice would be served
10 by the Court excluding that time period from computation due to
11 the need for defense counsel to have reasonable time for
12 effective preparation.  18 U.S.C. §3161(h)(7)(B)(iv); Local Code
13 T4.
14      For these reasons, Mr. Sullivan, his counsel and the
15 government stipulate and agree that the ends of justice served
16 by granting the requested continuance of the status conference
17 outweigh the best interests of the public and Mr. Sullivan in a
18 speedy trial.

DATED:   September 29, 2015    By: _//s// Clyde M. Blackmon for_
                                    Josh F. Sigal, Special
                                    Assistant U.S. Attorney


                               ROTHSCHILD WISHEK & SANDS LLP

DATED:   September 29, 2015    By: _//s// Clyde M. Blackmon___
                                    CLYDE M. BLACKMON
                                    Attorneys for Defendant
                                    Ross Christopher Sullivan

1  **ORDER**

2     IT IS ORDERED that the status conference currently set for
3  October 1, 2015, at 9:30 a.m. is continued to October 29, 2015,
4  at 9:30 a.m.  For the reasons stipulated by the parties, good
5  cause exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and time
6  is excluded under the Speedy Trial Act through October 29, 2015.
7  For the reason set forth in the stipulation of the parties, the
8  ends of justice served by granting this continuance outweigh the
9  best interests of the public and Mr. Sullivan in a speedy trial.
10 18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

12 Dated: September 29, 2015

_____
Troy L. Nunley
United States District Judge