1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   E-Mail: cblackmon@rwslaw.com
4
   Attorneys for Defendant,
   ROSS CHRISTOPHER SULLIVAN
5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              Case No.: 2:14-CR-00197 TLN

12          Plaintiff,                    STIPULATION AND ORDER
                                          CONTINUING STATUS CONFERENCE
13     vs.                                Date: December 10, 2015
                                          Time: 9:30 a.m.
14                                        Judge: Troy L. Nunley
   ROSS CHRISTOPHER SULLIVAN,
15
            Defendant.
16

17

18      The United States of America, through its counsel Special

19 Assistant U. S. Attorney Josh F. Sigal, and Ross Christopher

20 Sullivan, through his counsel Clyde M. Blackmon, stipulate that

21 the status conference now scheduled for 9:30 a.m. on December

22 10, 2015, shall be continued to 9:30 a.m. on February 18, 2016.

23      The parties are in the process of settling the matter.

24 However, additional time is required for the parties to develop

25 information which may be helpful to the Court in fashioning a

26 sentence for Mr. Sullivan.  Therefore, the parties are in

27 agreement that additional time is needed in order to settle the

28 case.

- 1 -

STIPULATION AND ORDER CONTINUING STATUS CONFERENCE

1    The parties further stipulate that the time from the
2 currently set status conference on December 10, 2015, through
3 February 18, 2016, the requested date for the continued status
4 conference, should be excluded from computation of the time
5 period in which trial should commence under the Speedy Trial
6 Act.  The parties stipulate that, taking into account the
7 exercise of due diligence, the ends of justice would be served
8 by the Court excluding that time period from computation due to
9 the need for defense counsel to have reasonable time for
10 effective preparation.  18 U.S.C. §3161(h)(7)(B)(iv); Local Code
11 T4.
12    For these reasons, Mr. Sullivan, his counsel and the
13 government stipulate and agree that the ends of justice served
14 by granting the requested continuance of the status conference
15 outweigh the best interests of the public and Mr. Sullivan in a
16 speedy trial.

17 DATED:   December 7, 2015         By: //s// Clyde M. Blackmon for
18                                       Josh F. Sigal, Special
                                          Assistant U.S. Attorney
19
20                                   ROTHSCHILD WISHEK & SANDS LLP
21
22 DATED:   December 7, 2015         By: _//s// Clyde M. Blackmon___
                                          CLYDE M. BLACKMON
                                          Attorneys for Defendant
23                                        Ross Christopher Sullivan
24
25
26
27
28

**ORDER**

IT IS ORDERED that the status conference currently set for December 10, 2015, at 9:30 a.m. is continued to February 18, 2016, at 9:30 a.m.  For the reasons stipulated by the parties, good cause exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and time is excluded under the Speedy Trial Act through February 18, 2016.  For the reason set forth in the stipulation of the parties, the ends of justice served by granting this continuance outweigh the best interests of the public and Mr. Sullivan in a speedy trial.  18 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

Dated: December 7, 2015

Troy L. Nunley
United States District Judge