```
CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant,
ROSS CHRISTOPHER SULLIVAN
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ROSS CHRISTOPHER SULLIVAN,<br><br>　　　　Defendant. | Case No.: 2:14-CR-00197 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE<br><br>Date: April 1, 2016<br>Time: 9:30 a.m.<br>Judge: Garland E. Burrell, Jr. |
|---|---|

　　　The United States of America, through its counsel Special Assistant U. S. Attorney Josh F. Sigal, and Ross Christopher Sullivan, through his counsel Clyde M. Blackmon, stipulate that the status conference now scheduled for 9:00 a.m. on April 1, 2016, shall be continued to 9:00 a.m. on April 15, 2016. At that time it is anticipated that Mr. Sullivan will change his plea.

　　　Counsel needs to go over the plea agreement and discuss it with Mr. Sullivan.  Therefore, the parties are in agreement that additional time is needed in order for counsel to prepare.

　　　The parties further stipulate that the time from the currently set status conference on April 1, 2016, through April

15, 2016, the requested date for the continued status conference, should be excluded from computation of the time period in which trial should commence under the Speedy Trial Act.  The parties stipulate that, taking into account the exercise of due diligence, the ends of justice would be served by the Court excluding that time period from computation due to the need for defense counsel to have reasonable time for effective preparation.  18 U.S.C. §3161(h)(7)(B)(iv); Local Code T4.

    For these reasons, Mr. Sullivan, his counsel and the government stipulate and agree that the ends of justice served by granting the requested continuance of the status conference outweigh the best interests of the public and Mr. Sullivan in a speedy trial.

```
DATED:  March 29, 2016   By: //s// Clyde M. Blackmon for
                                 Josh F. Sigal, Special
                                 Assistant U.S. Attorney


                              ROTHSCHILD WISHEK & SANDS LLP

DATED:  March 29, 2016   By:  //s// Clyde M. Blackmon
                                 CLYDE M. BLACKMON
                                 Attorneys for Defendant
                                 Ross Christopher Sullivan
```

1 **[PROPOSED] ORDER**

2    IT IS ORDERED that the status conference currently set for
3 April 1, 2016, at 9:00 a.m. is continued to April 15, 2016, at
4 9:00 a.m.  For the reasons stipulated by the parties, good cause
5 exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and time is
6 excluded under the Speedy Trial Act through April 15, 2016.  For
7 the reason set forth in the stipulation of the parties, the ends
8 of justice served by granting this continuance outweigh the best
9 interests of the public and Mr. Sullivan in a speedy trial.  18
10 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

Dated:  March 29, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge