```
1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   E-Mail: cblackmon@rwslaw.com
4
   Attorneys for Defendant,
5  ROSS CHRISTOPHER SULLIVAN
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:14-CR-00197 GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| vs. | Date: April 15, 2016<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |
| ROSS CHRISTOPHER SULLIVAN, | |
| Defendant. | |

The United States of America, through its counsel Special Assistant U. S. Attorney Josh F. Sigal, and Ross Christopher Sullivan, through his counsel Clyde M. Blackmon, stipulate that the status conference now scheduled for 9:00 a.m. on April 15, 2016, shall be continued to 9:00 a.m. on May 27, 2016.

When the matter was set for a status conference on April 15, 2016, the parties anticipated that Mr. Sullivan would change his plea on that date.  However, the parties have decided that additional time is needed to discuss various aspects of the plea agreement in order to resolve issues related to Mr. Sullivan's sentencing.  Therefore, the parties are in agreement that

additional time is required in order for counsel to prepare and stipulate that the status conference may be continued to May 27, 2016, at 9:00 a.m.

The parties further stipulate that the time from the currently set status conference on April 15, 2016, through May 27, 2016, the requested date for the continued status conference, should be excluded from computation of the time period in which trial should commence under the Speedy Trial Act. The parties stipulate that, taking into account the exercise of due diligence, the ends of justice would be served by the Court excluding that time period from computation due to the need for defense counsel to have reasonable time for effective preparation. 18 U.S.C. §3161(h)(7)(B)(iv); Local Code T4.

For these reasons, Mr. Sullivan, his counsel and the government stipulate and agree that the ends of justice served by granting the requested continuance of the status conference outweigh the best interests of the public and Mr. Sullivan in a speedy trial.

DATED: April 12, 2016         By: //s// Clyde M. Blackmon for
                                   Josh F. Sigal, Special
                                   Assistant U.S. Attorney

                              ROTHSCHILD WISHEK & SANDS LLP

DATED: April 12, 2016         By: //s// Clyde M. Blackmon
                                   CLYDE M. BLACKMON
                                   Attorneys for Defendant
                                   Ross Christopher Sullivan

- 2 -

STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

1 **[PROPOSED] ORDER**

2   IT IS ORDERED that the status conference currently set for
3 April 15, 2016, at 9:00 a.m. is continued to May 27, 2016, at
4 9:00 a.m.  For the reasons stipulated by the parties, good cause
5 exists pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), and time is
6 excluded under the Speedy Trial Act through May 27, 2016.  For
7 the reason set forth in the stipulation of the parties, the ends
8 of justice served by granting this continuance outweigh the best
9 interests of the public and Mr. Sullivan in a speedy trial.  18
10 U.S.C. §3161(h)(7)(B)(iv) (Local Code T4).

Dated:  April 13, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge