CLYDE M. BLACKMON (SBN 36280)
ROTHSCHILD WISHEK & SANDS LLP
765 University Avenue
Sacramento, CA  95825
Telephone: (916) 444-9845
E-Mail: cblackmon@rwslaw.com

Attorneys for Defendant,
ROSS CHRISTOPHER SULLIVAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>ROSS CHRISTOPHER SULLIVAN,<br><br>           Defendant. | Case No.: 2:14-CR-00197 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING AND EXTENDING PRESENTENCE INVESTIGATION REPORT SCHEDULE<br><br>Date: August 26, 2016<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

   The United States of America, through its counsel Special Assistant U. S. Attorney Josh F. Sigal, and Ross Christopher Sullivan, through his counsel Clyde M. Blackmon, stipulate that the sentencing proceedings in this matter now scheduled for 9:00 a.m. on August 26, 2016, shall be continued to 9:00 a.m. on September 2, 2016. The parties also stipulate that the dates in the previously established schedule for objecting to, filing and requesting corrections of the Presentence Investigation Report ("PSR") shall be extended one week.

   It is necessary to continue Mr. Sullivan's sentencing

- 1 -

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING AND EXTENDING PRESENTENCE INVESTIGATION REPORT SCHEDULE

1  proceedings one week because counsel for Sullivan is involved in
2  a five-defendant state court case in which August 26, 2016, was
3  the only date available to all counsel for a continuance of the
4  preliminary examination.  Therefore, the state court continued
5  the preliminary examination in that case to August 26, 2016, at
6  9:00 a.m., the same date and time as set for Sullivan's
7  sentencing hearing.  In order to resolve the conflict in
8  counsel's calendar, the parties request that the Court
9  reschedule Sullivan's sentencing hearing to 9:00 a.m. on
10 September 2, 2016.
11      The probation officer in this matter has already provided
12 the parties with a copy of her proposed PSR, and counsels'
13 written objections to the report are due on July 29, 2016.
14 Because the parties are requesting a one-week continuance of the
15 sentencing proceedings, they are also requesting a one-week
16 extension of the PSR schedule.  Under the requested schedule
17 counsels' written objections would be due on August 5, 2016; the
18 PSR would be filed with the court on August 12, 2016; motions
19 for correction of the PSR would be filed on August 19, 2016; and
20 replies or statements of no opposition would be due August 26,
21 2016.  The probation officer, Shannon Morehouse, has been
22 informed of the proposed extension of the PSR schedule, and she
23 has no objection to it.
24 /////
25 /////
26 /////
27 /////
28 /////

1      IT IS SO STIPULATED.

2  DATED: July 27, 2016         By: //s// Clyde M. Blackmon for
3                                    Josh F. Sigal, Special
                                     Assistant U.S. Attorney

6                               ROTHSCHILD WISHEK & SANDS LLP

7  DATED: July 27, 2016         By:  //s// Clyde M. Blackmon
8                                    CLYDE M. BLACKMON
                                     Attorneys for Defendant
9                                    Ross Christopher Sullivan

STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING AND EXTENDING
PRESENTENCE INVESTIGATION REPORT SCHEDULE

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered that the sentencing hearing in this matter now set for August 26, 2016, is continued to September 2, 2016, at 9:00 a.m.  It is further ordered that the previously established schedule for objecting to, filing and requesting corrections of the Presentence Investigation Report "(PSR") is extended one week as follows:

1. Counsel's written objections to PSR shall be delivered to the probation officer and opposing counsel no later than August 5, 2016;

2. PSR shall be filed with the Court and disclosed to counsel no later than August 12, 2016;

3. motions for correction of the PSR shall be filed with the Court and served on the probation officer and opposing counsel no later than August 19, 2016; and

4. Replies or statements of no opposition shall be filed no later than August 26, 2016.

IT IS SO ORDERED.

Dated:  July 27, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge