```
1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  765 University Avenue
   Sacramento, CA  95825
3  Telephone: (916) 444-9845
   E-Mail: cblackmon@rwslaw.com
4
   Attorneys for Defendant,
5  ROSS CHRISTOPHER SULLIVAN
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:14-CR-00197 GEB |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |
| vs. | |
| ROSS CHRISTOPHER SULLIVAN, | Date: September 2, 2016<br>Time: 9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |
| Defendant. | |

The United States of America, through its counsel Special Assistant U. S. Attorney Josh F. Sigal, and Ross Christopher Sullivan, through his counsel Clyde M. Blackmon, stipulate that the sentencing proceedings in this matter now scheduled for 9:00 a.m. on September 2, 2016, shall be continued to 9:00 a.m. on September 30, 2016.

It is necessary to continue Mr. Sullivan's sentencing proceedings because counsel for the Government is scheduled to be undergoing training in Georgia on each day during the week of August 28, 2016.  Therefore, he cannot be in court at the time set for Mr. Sullivan's sentencing proceedings.  For that reason

1  the parties request the court to continue the sentencing
2  proceedings in this matter to 9:00 a.m. on September 30, 2016.
3         IT IS SO STIPULATED.
4  DATED: August 26, 2016          By: //s// Clyde M. Blackmon for
5                                       Josh F. Sigal, Special
                                         Assistant U.S. Attorney
6
7
8                                  ROTHSCHILD WISHEK & SANDS LLP
9  DATED: August 26, 2016          By:  //s// Clyde M. Blackmon
10                                      CLYDE M. BLACKMON
                                        Attorneys for Defendant
11                                      Ross Christopher Sullivan

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered that the sentencing hearing in this matter now set for September 2, 2016, is continued to September 30, 2016, at 9:00 a.m.

IT IS SO ORDERED.

Dated:  August 26, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge